IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NICKOLAS PRICE**                                                                                     **PLAINTIFF**

v.                                           No: 3:25-cv-205-DPM

**DOE**                                                                                                **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Price hasn't paid the filing and administrative fees or filed a completed application to proceed *in forma pauperis*; and his time to do so has passed. *Doc. 2 at 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 November 2025