# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**NICKOLAS PRICE**                                                     **PLAINTIFF**

v.                          No: 3:25-cv-205-DPM

**DOE**                                                                **DEFENDANT**

## JUDGMENT

Price's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2025